UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated,<br><br>       Plaintiffs,<br>-against-<br><br>COCKTAIL KINGDOM LLC<br><br>       Defendant. | Case No: 1:23-cv-05334<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Hicksville, New York
    June 5, 2024

| **Mars Khaimov Law, PLLC** | **Jackson Lewis PC** |
|---|---|
| By: */s/ Mars Khaimov*<br>Mars Khaimov, Esq.<br>100 Duffy Ave., Suite 510<br>Hicksville, New York 11801<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | By: */s/ Joseph DiPalma*<br>Joseph DiPalma Esq.<br>44 South Broadway, 14th floor<br>White Plains, NY 10601<br>Joseph.dipalma@jacksonlewis.com<br>*Attorneys for Defendant* |

**SO ORDERED.**

_____
KIYO A. MATSUMOTO
United States District Judge
Eastern District of New York

June 5, 2024